| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ROBERTS, VICTORIA A. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>06/02/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>231 W. LAFAYETTE BLVD ROOM 123<br>DETROIT, MI 48226 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/02/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | UNIVERSITY OF MICHIGAN PAYROLL OFFICE - SALARY | $19,083.00 |
| 2. | 2013 | SOBLE & ROWE - COLLECTION OF AMOUNT FOR PAST SERVICES | $55,666.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/02/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIMONE ROAD, L.L.C., Wayne County MI | B | Rent | K | W | | | | | |
| 2. JUDY CIRCLE, L.L.C., Wayne County MI | B | Rent | K | W | | | | | |
| 3. FAIRVIEW DRIVE, L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 4. DOVER ROAD, L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 5. BURGER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 6. DEARBORN HEIGHTS, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 7. PALMER ROAD, L.L.C, Wayne County MI | C | Rent | K | W | | | | | |
| 8. KNOLSON ROAD, L.L.C, Wayne County MI | B | Rent | K | W | | | | | |
| 9. JP MORGAN CHASE - SAVINGS | D | Interest | K | T | | | | | |
| 10. DAIMLER AG - COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. ANN ARBOR TRAIL ASSOC., L.L.C., Wayne County MI | C | Rent | K | W | | | | | |
| 12. JP MORGAN CHASE - CHECKING | A | Interest | J | T | | | | | |
| 13. AMERICAN INTERNATIONAL GROUP, INC. - COMMON STOCK | A | Dividend | | | Sold | 07/10/13 | J | A | |
| 14. RENTAL HOUSE - DETROIT, MI. | A | Rent | M | W | | | | | |
| 15. MERRILL LYNCH: | | | | | | | | | |
| 16. -AMERICAN CENTURY DIVERSIDIED BOND FUND | A | Dividend | J | T | | | | | |
| 17. -BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -DELAWARE DIVERSIFIED INCOME FUND | A | Dividend | J | T | | | | | |
| 19. -FIRST EAGLE GLOBAL CLASS 1 | A | Dividend | J | T | | | | | |
| 20. -FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | A | Dividend | J | T | | | | | |
| 21. -ING CORPORATE LEADERS TRUST FUND | A | Dividend | J | T | | | | | |
| 22. -IVY ASSET STRATEGY FUND CLASS 1 | A | Dividend | J | T | | | | | |
| 23. -CLEARBRIDGE APPRECIATION FUND | A | Dividend | J | T | | | | | |
| 24. -OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | J | T | | | | | |
| 25. -PERMANENT PORTFOLIO FUND | A | Dividend | J | T | | | | | |
| 26. -RS PARTNERS FUND CLASS Y | A | Dividend | J | T | | | | | |
| 27. -TEMPLETON GLOBAL BOND FUND | A | Dividend | J | T | | | | | |
| 28. -YACKTMAN FOCUSED FUND | A | Dividend | J | T | | | | | |
| 29. -ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 30. MERRILL LYNCH - I.R.A.: | | | | | | | | | |
| 31. -AMERICAN CENTURY DIVERSIDIED BOND FUND | B | Dividend | L | T | Buy (add'l) | 12/09/13 | J | | |
| 32. -BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | L | T | Buy (add'l) | 12/19/13 | J | | |
| 33. -DELAWARE DIVERSIFIED INCOME FUND | B | Dividend | L | T | Buy (add'l) | 12/23/13 | J | | |
| 34. -FIRST EAGLE GLOBAL CLASS 1 | A | Dividend | L | T | Buy (add'l) | 12/19/13 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/02/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -FRANKLIN MUTUAL GLOBAL DISCOVERY FUND | A | Dividend | K | T | Buy (add'l) | 12/26/13 | J | | |
| 36. -ING CORPORATE LEADERS TRUST FUND | A | Dividend | K | T | | | | | |
| 37. -IVY ASSET STRATEGY FUND CLASS I | B | Dividend | L | T | Buy (add'l) | 12/13/13 | J | | |
| 38. -CLEARBRIDGE APPRECIATION FUND | A | Dividend | K | T | Buy (add'l) | 12/12/13 | J | | |
| 39. -OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y | A | Dividend | K | T | Buy (add'l) | 12/10/13 | J | | |
| 40. -PERMANENT PORTFOLIO FUND | A | Dividend | L | T | Buy (add'l) | 12/31/13 | J | | |
| 41. -RS PARTNERS FUND CLASS Y | A | Dividend | K | T | Buy (add'l) | 12/23/13 | J | | |
| 42. -TEMPLETON GLOBAL BOND FUND | B | Dividend | L | T | Buy (add'l) | 12/24/13 | J | | |
| 43. -TRANSAMERICA SYSTEMATIC SMALL/MID CAP VALUE FUND | A | Dividend | J | T | Buy (add'l) | 12/24/13 | J | | |
| 44. -YACKTMAN FOCUSED FUND | A | Dividend | K | T | Buy (add'l) | 12/30/13 | J | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
          P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROBERTS, VICTORIA A. | 06/02/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ VICTORIA A. ROBERTS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544